No. 98–818.  RICE v. CAYETANO, GOVERNOR OF HAWAII.  C. A. 9th Cir.  Certiorari granted.

No. 98–1170.  PORTUONDO, SUPERINTENDENT, FISHKILL CORRECTIONAL FACILITY v. AGARD.  C. A. 2d Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari granted.

No. 98–757.  DAYS INNS OF AMERICA, INC., ET AL. v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 98–766.  ROBINSON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 98–825.  CUETO v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 98–826.  HAINES v. WEST, SECRETARY OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.

No. 98–950.  SENGPIEL ET AL. v. B. F. GOODRICH CO. ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 98–957.  SHARPER IMAGE CORP. v. FLORIDA DEPARTMENT OF REVENUE.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 98–961.  MILLER v. J. D. ABRAMS, INC.; and
No. 98–1120.  J. D. ABRAMS, INC. v. MILLER.  C. A. 5th Cir.  Certiorari denied.  Reported below: 156 F. 3d 598.

No. 98–989.  QUALITY PROFESSIONAL NURSING, INC., ET AL. v. BETHESDA MEMORIAL HOSPITAL, INC., ET AL.  C. A. 11th Cir.  Certiorari denied.